1  Larry B. Panek, No. 132588
   **CARROLL, BURDICK & McDONOUGH LLP**
2  Attorneys at Law
   1676 N. California Blvd, Suite 620
3  Walnut Creek, CA  94596-4124
   Telephone:    925.944.6080
4  Facsimile:     925.256.3110
   Email:          lpanek@cbmlaw.com
5
   Attorneys for Defendant
6  GENIE INDUSTRIES

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MICHAEL HANSBROUGH and SANDY HANSBROUGH, | Action No. 2:09-CV-02419 LLK-GGH |
| 12  Plaintiffs, | **STIPULATED REQUEST AND** |
| 13  v. | **ORDER** |
| 14  UNITED RENTALS, UNITED RENTALS OF CHICO, UNITED RENTALS, INC., GENIE INDUSTRIES, and Does 1-45, inclusive, | |
| 15 | |
| 16 | |
| 17  Defendants. | |
| 18 | |

19       Pursuant to stipulation of the parties and Local Rule 6-144 the parties hereby

20  request that the Court continue the expert designation and report disclosure deadline to

21  July 30, 2010.  The request is made on the basis of the following stipulation:

22       1.   Before June 9, 2010, the parties were unable to identify the specific

23  machine involved in the incident;

24       2.   The parties have engaged in written discovery and have taken

25  depositions to prepare for trial.  To date the parties were unable to identify the equipment.

26       3.   Within the last several days plaintiff's counsel made contact with a

27  former employee of plaintiff's employer who revealed that he was able to identify the

28  specific equipment involved.  As a result of this information, which plaintiffs shared, the

CBM-WC\WC073547

**STIPULATED REQUEST AND [PROPOSED] ORDER**

1  parties are able to identify the equipment with particularity and now seek the opportunity
2  to inspect that equipment.

3      4.    All parties agree that it is important for their experts to have the
4  opportunity to observe and inspect the equipment prior to completing their analysis and
5  submitting their reports.  The inspection is also important to trial preparation and
6  evaluation of settlement possibilities.  The inspection and evaluation process cannot take
7  place within the time remaining before the expert disclosure deadline.

8      5.    Continuing the date of the expert disclosure deadline will not affect
9  the discovery cut-off date or the pre-trial conference date set by the Court in its Pretrial
10 Scheduling Order.  The parties will still disclose experts prior to the litigation status report
11 and the discovery cut-off will not be affected by the requested change.

12     6.    All parties stipulate that their trial preparation and experts would be
13 prejudiced by an inability to inspect the equipment and evaluate it before submitting their
14 reports.  Accordingly, the parties stipulate and request that the Court extend the expert
15 disclosure deadline to July 30, 2010.

16     Dated:  June 14, 2010    CARROLL, BURDICK & McDONOUGH LLP

17     By /s/
18     Larry B. Panek
    Attorneys for Defendant
    GENIE INDUSTRIES
19

20     Dated:  June 14, 2010    PETERS, RUSH, HABIB & MCKENNA

21     By /s/
22     James P. McKenna
    Attorneys for Plaintiffs
23     MICHAEL HANSBROUGH and SANDY HANSBROUGH

24

25     Dated:  June 14, 2010    GORDON & REES LLP

26     By /s/
    Kathleen M. Rhoads
27     Attorneys for Defendant
    UNITED RENTALS NORTHWEST, INC.

28

CBM-WC\WC073547     -2-

**STIPULATED REQUEST AND [PROPOSED] ORDER**

# [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing therefore, the Court extends the deadline for expert disclosure to and including July 30, 2010.

SO ORDERED.

Dated: June 15, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT