UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HANSBROUGH and
SANDY HANSBROUGH,

        NO. CIV. S-09-2419 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

UNITED RENTALS, UNITED
RENTALS OF CHICO, UNITED
RENTALS, INC., GENIE
INDUSTRIES and DOES 1 to 45,
inclusive,

    Defendants.

_____/

    On September 28, 2010, the parties in the above captioned case filed a stipulated request to amend the scheduling order. The court had previously granted such a request, and cautioned the parties that it would not grant any further amendments to the scheduling order. On October 15, 2010, the court held a telephone conference with the parties concerning the request. The court found no good cause to further amend the scheduling order.

    For the foregoing reasons, the court DENIES the stipulated

1

1  request to amend the scheduling order, ECF No. 16.
2      IT IS SO ORDERED.
3      DATED: October 15, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2