UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HANSBROUGH and
SANDY HANSBROUGH,

        Plaintiffs,

    v.

UNITED RENTALS, UNITED RENTALS OF CHICO, UNITED RENTALS, INC., GENIE INDUSTRIES and DOES 1 to 45, inclusive,

        Defendants.
_____/

NO. Civ.S-09-2419 LKK/GGH

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiffs has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than sixty (60) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

1

1  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2       IT IS SO ORDERED.

3       DATED:  November 22, 2010.

4

5

6                             LAWRENCE K. KARLTON
                              SENIOR JUDGE
7                             UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26